FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2011 APR -6 PM 12: 12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

v.

SUPERSEDING INDICTMENT

NO.   1:10CR-44-R
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(vii)
21 U.S.C. § 846
21 U.S.C. § 853
18 U.S.C. § 1956(a)(1)(A)(i)
18 U.S.C. § 1956(h)

**FRANCISCO PARRA**
**ANNABELLE AHAMUDA**
**TONY BARBER**
**BRUCE BECK**
**PAUL CUEN**
**BRYSON HALL**
**CARL GENE JONES, JR.**
**CRAIG LARRY**
**ROGER KOLLMAN**
**TIM MANNING**
**JACOB PAUL MILLER**
**BRIAN SCOTT MILLER**
**DARRELL MORGAN**
**MICHAEL LEE PERRY**
**EDWARD JOSEPH PRENTICE**
**JULIUS PRICE**
**SCOTT RICH**
**TROY D. RICH**
**MICHAEL D. RICH**
**JONATHAN WATKINS**
**PAUL MICHAEL WILSON**

The Grand Jury charges:

## COUNT 1

From on or about July 3, 2008, to on or about April 6, 2011, in the Western District of Kentucky, Warren County, Kentucky, and elsewhere, **FRANCISCO PARRA, ANNABELLE**

AHAMUDA, TONY BARBER, BRUCE BECK, PAUL CUEN, BRYSON HALL, CARL GENE JONES, JR., CRAIG LARRY, ROGER KOLLMAN, JACOB PAUL MILLER, BRIAN SCOTT MILLER, DARRELL MORGAN, MICHAEL LEE PERRY, EDWARD JOSEPH PRENTICE, JULIUS PRICE, TROY D. RICH, SCOTT RICH, MICHAEL D. RICH, JONATHAN WATKINS, and PAUL MICHAEL WILSON, defendants herein, conspired with each other and with other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, as defined in Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii).

All in violation of Title 21, United States Code, Section 846.

The Grand Jury further charges:

## COUNT 2

From on or about July 3, 2008, to on or about April 6, 2011, in the Western District of Kentucky, Warren County, Kentucky, and elsewhere, **CARL GENE JONES, JR., TIM MANNING, MICHAEL D. RICH, SCOTT RICH,** and **TROY D. RICH,** defendants herein, knowingly conspired and agreed with each other and with other persons, known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, that is, to knowingly conduct financial transactions which involved cash proceeds from an unlawful activity, that is, the distribution of a controlled substance, marijuana, in violation of Title 21, United States Code, Section 841(a), with the intent to

promote the carrying on of said unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## NOTICE OF FORFEITURE

If convicted of any violation of Title 21, United States Code, Sections 841(a) or 846, **FRANCISCO PARRA, ANNABELLE AHAMUDA, TONY BARBER, BRUCE BECK, PAUL CUEN, BRYSON HALL, CARL GENE JONES, JR., CRAIG LARRY, ROGER KOLLMAN, TIM MANNING, BRIAN SCOTT MILLER, JACOB PAUL MILLER, DARRELL MORGAN, MICHAEL LEE PERRY, EDWARD JOSEPH PRENTICE, JULIUS PRICE, MICHAEL D. RICH, SCOTT RICH, TROY D. RICH, JONATHAN WATKINS,** and **PAUL MICHAEL WILSON** defendants herein, shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of any such violation, and any property used or intended to by used, in any manner or part, to commit or to facilitate the commission of such violation, including, but not limited to: $50,000 bond posted for Carl Gene Jones, Jr.; $50,000 bond posted for Michael D. Rich; and $50,000 bond posted for Troy D. Rich; all of which were posted at the Warren County Circuit

Court Clerk's Office, 1001 Center Street, Suite 102, Bowling Green, KY, to secure the appearance of these defendants in state court.

Pursuant to Title 21, United States Code, Section 853.

A TRUE BILL.

FOREPERSON

*[signature]* AUSA
DAVID J. HALE
United States Attorney

DJH:LF:4/2/11

UNITED STATES OF AMERICA v. FRANCISCO PARRA, et al.

## PENALTIES

Count 1: NL 10 yrs./NM Life/$4,000,000/both/NL 5 yrs. Supervised Release
Count 2: NM 20 yrs./$500,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | |
|---|---|
| Misdemeanor: $ 25 per count/individual | Felony: $100 per count/individual |
| $125 per count/other | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987</u>:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:	Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:	Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:	Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:	Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 1:10CR-44-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Bowling Green Division

THE UNITED STATES OF AMERICA
vs.
FRANCISCO PARRA; ANNABELLE AHAMUDA
TONY BARBER; BRUCE BECK; PAUL CUEN;
BRYSON HALL; CARL GENE JONES, JR.;
CRAIG LARRY; ROGER KOLLMAN;
TIM MANNING; JACOB PAUL MILLER;
BRIAN SCOTT MILLER; DARRELL MORGAN;
MICHAEL LEE PERRY; EDWARD JOSEPH
PRENTICE; JULIUS PRICE; SCOTT RICH;
TROY D. RICH; MICHAEL D. RICH;
JONATHAN WATKINS; PAUL MICHAEL WILSON

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2011 APR -6 PM 12: 12

## SUPERSEDING INDICTMENT
**Title 21 U.S.C. § 846;**
**Title 18 U.S.C. § 1956(h):**
**Conspiracy to Distribute Marijuana;**
**Conspiracy to Commit Money Laundering.**

*A true bill*

Foreman

*Filed in open court this* 6th day, *of* April, A.D. 2011.

Clerk

*Bail, $*