UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2011 APR -6 PM 12: 12

UNITED STATES OF AMERICA     PLAINTIFF

vs.     CRIMINAL ACTION NO. 1:10CR-44-R

FRANCISCO PARRA, et al.     DEFENDANT

## MOTION TO SEAL SUPERSEDING INDICTMENT

Comes the United States of America, by counsel, Larry Fentress, Assistant United States Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e), Federal Rules of Criminal Procedure, to order and direct that the superseding indictment returned by the Federal Grand Jury this 6th day of April, 2011, charging the above-named defendants with violation of Title 21, United States Code, Section 846, be kept secret until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and to further order that until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, that no person disclose the return of the indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance and execution of warrant for the arrest of the defendant.

Respectfully submitted,

DAVID J. HALE
United States Attorney

*/s/ Larry Fentress*
Larry Fentress
Assistant U.S. Attorney