UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA					PLAINTIFF

vs.								CRIMINAL ACTION NO. 1:10CR-44-R

FRANCISCO PARRA, et al.					DEFENDANT

## ORDER

The superseding indictment returned by the Federal Grand Jury charging the above-named defendant with violation of Title 21, United States Code, Section 846, is hereby ORDERED to be kept secret until the first defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this superseding indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrants for the arrest of the defendants.

Entered: 4-6-11

_____
U.S. Mag. Judge