UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2011 APR -6 PM 12: 12

UNITED STATES OF AMERICA                                                PLAINTIFF

1:10CR-44-R

vs.

FRANCISCO PARRA, et al.                                                  DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Larry Fentress hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

DAVID J. HALE
United States Attorney

Larry Fentress
Assistant United States Attorney
510 West Broadway, Tenth Floor
Louisville, Kentucky 40202
Phone: (502) 582-6772
FAX:  (502) 582-5067
Email: larry.fentress@usdoj.gov