**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CRIMINAL ACTION NO. 1:10CR-44-R**

UNITED STATES OF AMERICA                                                              PLAINTIFF

V

FRANCISCO PARRA, *et al.*                                                             DEFENDANTS

**O R D E R**

A telephonic further proceedings was held on April 26, 2011 with the undersigned. Appearing:

| | |
|---|---|
| For the United States: | Larry Fentress, AUSA |
| For the Defendants: | Scott Wendelsdorf, standing in for Laura Wyrosdick for Def. Parra (1) |
| | Def. Ahamuda (2) not before the Court |
| | Dennis Ritchie for Def. Barber (3) called in after the conf. |
| | John David Cole, Jr. for Def. Beck (4) not on the conf. call |
| | Def. Paul Cuen (5) not before the Court |
| | John Stewart for Def. Hall (6) not on the conf. call |
| | W. Ralph Beck, for Def. Jones (7) |
| | Def. Craig Larry (8) not before the Court |
| | Def. Roger Kollman (9) not before the Court |
| | Jason Hayes for Def. Tim Manning (10) |
| | Jason Hayes for Def. Miller (11) |
| | J. Stewart Wheeler for Def. Miller (12) |
| | Steve Lamb for Def. Morgan (13) |
| | John Caudill for Def. Perry (14) |
| | Def. Prentice (15) not before the Court |
| | Def. Price (16) not before the Court |
| | Brian Butler for Def. Scott Rich (17) call in after conf. |
| | Scott Cox for Def. Troy Rich (18) |
| | Alan Simpson for Def. Michael Rich (19) not on the conf. call |
| | Dennis Keith Wilcutt for Def. Watkins (20) |
| | Def. Wilson (21) not before the Court |

Terri Turner, Official Court Reporter, recorded the proceedings.

The telephonic further proceedings set on May 19, 2011 is **CANCELLED and** a **telephonic further proceedings** is set on **July 5, 2011 at 9:00 a.m. CT**. with the undersigned. The Court/conference operator shall initiate the call to counsel.

       The case has previously been declared complex.  The parties agreed this time should be excluded from the Speedy Trial Act.

       **IT IS ORDERED** that the time between April 26, 2011 and July 5, 2011, is excluded in computing the time pursuant to *United States v. Tinklenberg*, 579 F.3d 589, 596-97 (6th Cir.2009) and Title 18, U.S.C. § 3161(h)(7)(A) and (B)(iv) of the Speedy Trial Act. The Court finds this will cause a delay in the trial of this case and that the ends of justice served by granting such motion for continuance outweigh the best interest of the public and defendant in a speedy trial, because failure to grant such a continuance would deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

cc:     Counsel
          AUSA

P | 08