**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**

**CRIMINAL ACTION NO. 1:10CR-00044-TBR**

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**vs.**

**ROGER KOLLMAN - (9)**
**TIM MANNING - (10)**                                                **DEFENDANTS**

## RECIPROCAL ORDER OF DISCOVERY

**IT IS HEREBY ORDERED** that the parties proceed to give reciprocal discovery pursuant to the provisions of Rule 16, Federal Rules of Criminal Procedure, and Title 18, United States Code, Section 3500, Jencks Act, subject to the limitations and conditions set forth therein, and including, not by way of limitation, the following:

### The United States

The United States shall permit the defendant to inspect and copy or photograph:

1.      Any relevant written or recorded statements made by the defendant, or copies thereof, within the possession, custody or control of the United States, the existence of which is known or by the exercise of due diligence may become known to the United States Attorney;

2.      The substance of any oral statement, which the United States intends to offer in evidence at the trial, made by the defendant whether before or after arrest in response to interrogation by any person then known to the defendant to be a Government agent;

3.       Recorded testimony of the defendant before a Federal Grand Jury which relates to the offense charged;

4.       Books, papers, documents, photographs, tangible objects, buildings, or places, or copies of portions thereof, which are within the possession, custody or control of the United States and which the United States intends to introduce as evidence-in-chief at the trial of this case;

5.       Results of reports of physical or mental examinations and of scientific tests or experiments, or copies thereof, which are within the possession, custody or control of the United State, the existence of which is known or by the exercise of due diligence may become known to the United States Attorney and which the United States intends to introduce as evidence-in-chief at the trial of this case;

6.       Copy of the prior criminal record of the defendant, if any, that is within the possession, custody or control of the United States, the existence of which is known or by the exercise of due diligence may become known to the United States; and,

7.       Any tape recording made by Government agents of any conversation with the defendant.

## **The Defendant**

The defendant shall provide the following information to the United States for the purpose of inspection, examination and copying:

1.      All books, papers, documents, photographs, tangible objects, or copies of portions thereof, which are within the possession, custody or control of the defendant and which the defendant intends to introduce as evidence-in-chief at the trial; and,

2.      Any results or reports of mental examinations and of scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant which the defendant intends to introduce as evidence-in-chief at the trial, or which were prepared by a witness whom the defendant intends to call at trial when the results or reports relate to his testimony.

Compliance with this Order shall be accomplished **on or before May13, 2011.**

ENTERED this

Copies to:     Counsel of Record