**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**

**CRIMINAL ACTION NO. 1:10CR-00044-TBR-(9)**

UNITED STATES OF AMERICA                                      PLAINTIFF

VS.

ROGER KOLLMAN                                                DEFENDANT

<u>**ORDER**</u>

This case was called in open court on May 4, 2011, for the purposes of his initial appearance in this District and arraignment on Superseding Indictment.  The Defendant, Roger Kollman, was present, having appeared as directed by the arresting district, United States District Court of Arizona.  Assistant United States Attorney Larry Fentress was present for the United States of America. These proceedings were digitally recorded.

As to the matter of initial appearance, the Defendant acknowledged receipt of a copy of the Superseding Indictment along with the Penalties Page and acknowledged an understanding of the charges contained therein.  The Defendant was advised of his Constitutional Rights, including his right to Court-appointed counsel.  The Defendant requested Court-appointed counsel and submitted a Financial Affidavit in support of that request.

The Court having reviewed the Financial Affidavit and having questioned the Defendant, under oath, regarding the information contained therein;

**IT IS THE FINDING OF THE COURT** the Defendant is eligible for Court-appointed counsel.

**IT IS HEREBY ORDERED** CJA Panel Attorney Charles Walker is appointed to represent the Defendant in this action.  Mr. Walker was available to assume representation of the Defendant.

As to the matter of arraignment, the Defendant, by counsel, acknowledged his identity, acknowledged that he had received a copy of the Superseding Indictment, including the Penalties Page, and acknowledged that he understood the nature of the charges against him and the penalties associated therewith.

Thereupon, by counsel, formality of arraignment was waived, and a plea of **NOT GUILTY** was entered to the charges in which he is named in the Two-Count Superseding Indictment.

**IT IS ORDERED** that a further proceedings hearing shall be conducted telephonically before Chief Judge Thomas B. Russell on **July 5, 2011, commencing at 9:00 a.m., C.S.T.**  The call will be initiated by the Court.

Upon recommendation of the United States;

**IT IS HEREBY ORDERED** the Defendant shall remain released on a Personal Recognizance Appearance Bond along with Order Setting Conditions of Release executed in Arizona pending the trial of this action.

ENTERED this

Copies to:    Counsel of Record
              US Marshal
              US Probation
              Ms. Kelly Harris, Case Manager

0|15