**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**
**CRIMINAL ACTION NO. 1:10CR-44-TBR-9**

THE UNITED STATES OF AMERICA                                    PLAINTIFF

VS.        **ORDER GRANTING MOTION FOR BILL OF PARTICULARS**

ROGER KOLLMAN, et al                                            DEFENDANTS

On Defendant Roger M. Kollman's Motion for a Bill of Particulars, counsel having been heard, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the United States shall provide a Bill of Particulars to Defendant Roger M. Kollman within _____ days of the entry of this order the following information:

1. The exact dates of the transportations relied upon by the government as the basis of Defendant Kollman's alleged involvement in this conspiracy;
2. The exact locations of those transportations, including, if any, the locations of any stops;
3. The identity of any witness identifying Defendant Kollman as a participant in any transportations;
4. The source and substance of any documentary evidence regarding any transportations.

This the ____ day _____,2011.

_____
THE HONORABLE THOMAS B. RUSSELL
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF KENTUCKY

Tendered by:
S/ CHARLES A. WALKER_____
Attorney for Defendant, Roger M. Kollman