UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                        CRIMINAL NO. 1:10CR-44-R

ROGER KOLLMAN                                                DEFENDANT

RESPONSE TO MOTION FOR BILL OF PARTICULARS
*(Filed electronically)*

      Comes now the United States of America, by counsel, and responds to the motion for bill of particulars by providing the requested information, as follows:

      1.  Kollman transported a large quantity of marijuana from somewhere near Tucson, Arizona to Bowling Green, Kentucky, on or about January 30, 2009, and again on or about February 28, 2009, and on other occasions, the exact dates of which are not known at this time. He delivered the marijuana to Bowling Green, Kentucky, for the use and benefit of a drug trafficking organization led by Troy Rich and Carl Gene Jones Jr..

      2.  The exact locations of all stops along the way are not known at this time with certainty.

      3.  Unindicted coconspirators Carlos Spriggs and Michael Doolin will identify Kollman as a transporter.  Other defendants also have identified Kollman as a transporter, but they have not yet entered guilty pleas, so it is not known with certainty that they will testify at trial.

      4.  Documentary evidence against Kollman consists of Western Union wire transfers of money from Carl Gene Jones in Bowling Green to Kollman in Tucson, Arizona on January 30, 2009, and from Kollman in Bowling Green to co-defendant Francisco Parra in Rio Rico, Arizona

on February 27 and 28, 2009. Copies of these documents will be provided to counsel in supplemental discovery if they were not included in the voluminous discovery provided already.

Wherefore, having provided the foregoing information as requested by the defendant in his motion for bill of particulars, the United States suggests that the motion is now moot and should be denied.

                                          Respectfully submitted,

                                          DAVID J. HALE
                                          UNITED STATES ATTORNEY

                                          /s/ Larry Fentress
                                          Assistant United States Attorney
                                          510 West Broadway
                                          Louisville, Kentucky 40202
                                          (502) 582-6772

## CERTIFICATE OF SERVICE

I certify that the foregoing response to motion for bill of particulars was electronically filed on May 29, 2011, to be served on **Charles A. Walker,** counsel for defendant.

                                          /s/ Larry Fentress
                                          Assistant United States Attorney
                                          Western District of Kentucky