UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                                                                   CRIMINAL NO. 1:10CR-44-R

ROGER KOLLMAN                                                        DEFENDANT

## ORDER
*(Filed electronically)*

This matter is before the Court on motion by the defendant for a bill of particulars. Having considered the motion and the response by the United States, and being sufficiently advised,

IT IS HEREBY ORDERED that the motion be denied as moot, it appearing to the Court that the United States has now provided the information requested in the motion.