UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                                                           PLAINTIFF

v.                                                                                 CRIMINAL NO. 1:10CR-44-R

ROGER KOLLMAN                                                                                      DEFENDANT

## REQUEST FOR NOTICE OF ALIBI DEFENSE
*(Filed electronically)*

Comes now the United States of America, by counsel, and requests notice of any alibi defense, pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure. The alleged offense occurred during the hours of 0001 to 2400 on January 29, 30, and 31, 2009, and during the hours of 0001 to 2400 on February 26, 27 and 28, 2009, in Tucson, Arizona, and Bowling Green, Kentucky.

Pursuant to Rule 12.1, within 14 days after this request, or at some other time set by the Court, the defendant must serve written notice on the undersigned attorney for the United States of any intended alibi defense, including each specific place that the defendant claims to have been at the time of the alleged offense; and the name, address, and telephone number of each alibi witness on whom the defendant intends to rely.

Respectfully submitted,

DAVID J. HALE
UNITED STATES ATTORNEY

/s/ Larry Fentress
Assistant United States Attorney
510 West Broadway
Louisville, Kentucky 40202
(502) 582-6772

## CERTIFICATE OF SERVICE

I certify that the foregoing request for notice of alibi defense was filed electronically on May 29, 2011, to be served on **Charles A. Walker**, counsel for defendant Roger Kollman.

/s/ Larry Fentress
Assistant United States Attorney
Western District of Kentucky