**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**
**CRIMINAL ACTION NO. 1:10CR-44-TBR-9**

THE UNITED STATES OF AMERICA                                              PLAINTIFF

VS.    **DEFENDANT ROGER KOLLMAN'S REQUEST FOR ADDITIONAL TIME**
       **TO RESPOND TO GOVERNMENT'S REQUEST FOR NOTICE OF ALIBI DEFENSE**

ROGER KOLLMAN, et al                                                      DEFENDANTS

 

      Comes the defendant, Roger Kollman, by and through counsel, and requests this Court to additional time pursuant to Federal Rule of Criminal Procedure 12.1 to allow him additional time to give notice of an alibi defense.

      In support of this motion, the undersigned states that he has discussed the matter of an extension of time with Assistant United States Attorney Larry Fentress and that the government has no objection to this request for an extension.

      WHEREFORE, the defendant Roger Kollman requests as additional amount of time to respond to the government's request for notice of an alibi defense.

      This the 3rd day of June, 2011.

```
                         S/ CHARLES A. WALKER
                         Attorney for Defendant, Roger M. Kollman
                         MICHAEL K. BISHOP & ASSOCIATES, P.S.C.
                         948 Elm Street
                         P.O. Box 10088
                         Bowling Green, KY 42102-4888
                         Telephone:  (270) 783-8044
                         Telefax:    (270) 783-8049
                         E-Mail: cawalker.mkbpsc@ccol.net
```

CERTIFICATE OF SERVICE

On June 3, 2011, I electronically filed this document through the ECF System, and they will send notice of electronic filing to Larry Fentress, Assistant United States Attorney's Office.

```
                         S/ CHARLES A. WALKER
```