**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**
**CRIMINAL ACTION NO. 1:10CR-44-TBR-9**

THE UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                              **ORDER**

ROGER KOLLMAN, et al                                            DEFENDANTS

    The Court have considered the government's request for notice of an alibi defense as to defendant Roger Kollman, and the Court being of the understanding that the government does not object to Defendant Kollman's request for additional time to give notice of such a defense:

    IT IS HEREBY ORDERED AND ADJUDGED, that the defendant Roger Kollman shall be given until July 31, 2011 to provide notice of an alibi defense pursuant to Rule 12.1.

    This the ____ day _____,2011.

 

_____
THE HONORABLE THOMAS B. RUSSELL
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF KENTUCKY

Tendered by:
S/ CHARLES A. WALKER
Attorney for Defendant, Roger M. Kollman