**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CRIMINAL ACTION NO. 1:10CR-44-R**

UNITED STATES OF AMERICA　　　　　　　　　　　　　　　　　　PLAINTIFF

V.　　　　　　　　　　　　　　**ORDER**

FRANCISCO PARRA, *et al.*　　　　　　　　　　　　　　　　　　DEFENDANTS

　　　Due to the Court's schedule, the **Telephonic Further Proceedings** set on **July 5, 2011** *will be held at 11:30 a.m. CDT*. The Conference Operator shall contact **ALL COUNSEL OF RECORD TO BE PRESENT BY PHONE FOR THIS CALL**. (IF COUNSEL WILL BE AT A DIFFERENT TELEPHONE NUMBER OTHER THAN THEIR OFFICE, THEY SHOULD CONTACT THE COURT BY **JULY 1, 2011.**

　　　**IT IS SO ORDERED**.

June 23, 2011

　　　　　　　　　　　　　　　　　　　**ENTERED BY ORDER OF THE COURT**

　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　Vanessa L. Armstrong, Clerk

　　　　　　　　　　　　　　　　　　　Thomas B. Russell, Chief Judge

　　　　　　　　　　　　　　　　　　　By: /s/ Kelly P. Harris
　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc:　Counsel/AUSA