UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:10-CR-00044-R

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                           **MOTION TO MODIFY BOND**

JULIUS PRICE                                                          DEFENDANT

    Comes now the Defendant, Julius Price, by and through counsel, and for his Motion to Modify Bond, states as follows:

    1.    The Defendant had gainful employment at Uzeze's Wheels and Tires located on 31W By-Pass, Bowling Green, Warren County, Kentucky at the time of his arrest. The Defendant also has a child for whom he has provided support, both emotional and financial.

    2.    The Defendant has a very loving family and can live with his mother, Catherleen Price, at 720 Moss Creek Court, Bowling Green, Kentucky. He also can work for his brother who has offered him a job as a cook and can be subject to any other rules that might be imposed by the United States Probation Office.

    3.    The Defendant was a model defendant in state court and had been removed from active supervision at the time of his arrest in this action.

    4.    Based upon the foregoing, the Defendant moves the Court to reconsider its position concerning bond and his release pending trial of this matter.

    This \_\_\_\_\_ day of July 2011.

    STEVEN O. THORNTON
Attorney at Law
1011 Lehman Avenue, Suite 102
Bowling Green, Kentucky  42103
Telephone:  (270) 781-6630
Facsimile:  (270) 781-6680

s/ Steven O. Thornton
STEVEN O. THORNTON

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing document was served electronically on this 7th day of July 2011, upon W. Ralph Beck, Richard Boling, David F. Broderick, Brian Butler, John L. Caudill, John David Cole, Jr., Scott C. Cox, Alex Dathorne, Larry E. Fentress, Nicholas P. Goetz, Jamie L. Haworth, Steve Lamb, Travis B. Lock, Dennis M. Ritchie, B. Alan Simpson, John W. Stewart, Amy M. Sullivan, Charles A. Walker, J. Stewart Wheeler, III, D. Keith Wilcutt, and Laura R. Wyrosdick.

                                                  s/ Steven O. Thornton
                                                  STEVEN O. THORNTON