UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:10-CR-00044-R

UNITED STATES OF AMERICA　　　　　　　　　　　　　　　　PLAINTIFF

V.　　　　　　　　**ORDER MODIFYING BOND**

JULIUS PRICE　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

　　　This matter having come before the Court upon Motion to Modify Bond filed by the Defendant; the Court having reviewed same and being otherwise sufficiently advised;

　　　**IT IS HEREBY ORDERED** that the Defendant shall be released on a cash bond of $1,000 and shall be supervised by the United States Probation Office.

TENDERED BY:

s/ Steven O. Thornton
STEVEN O. THORNTON
Attorney at Law
1011 Lehman Avenue, Suite 102
Bowling Green, Kentucky  42103
(270) 781-6630

Clerk, upon entry, please send copies to:

W. Ralph Beck
Richard Boling
David F. Broderick
Brian Butler
John L. Caudill
John David Cole, Jr.
Scott C. Cox
Alex Dathorne
Larry E. Fentress
Nicholas P. Goetz
Jamie L. Haworth
Steve Lamb
Travis B. Lock
Dennis M. Ritchie
B. Alan Simpson
John W. Stewart
Amy M. Sullivan
Steven O. Thornton
Charles A. Walker
J. Stewart Wheeler, III
D. Keith Wilcutt
Laura R. Wyrosdick