**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CRIMINAL ACTION NO. 1:10CR-44-R**

UNITED STATES OF AMERICA						PLAINTIFF

V

FRANCISCO PARRA, *et al.*						DEFENDANTS

**O R D E R**

A telephonic further proceedings was held on July 5, 2011 with the undersigned. Appearing:

| | |
|---|---|
| For the United States: | Larry Fentress, AUSA |
| For the Defendants: | Laura Wyrosdick for Def. Parra (1)- no appearance |
| | Travis Lock for Def. Ahamuda (2) |
| | Dennis Ritchie for Def. Barber (3) |
| | John David Cole, Jr. for Def. Beck (4) no appearance |
| | Def. Paul Cuen (5) not before the Court |
| | John Stewart for Def. Hall (6) appeared in person |
| | W. Ralph Beck, for Def. Jones (7) |
| | Richard Boling for Def. Craig Larry (8) |
| | Charles A. Walker for Def. Roger Kollman (9) |
| | Jason Hayes for Def. Tim Manning (10) |
| | Jason Hayes for Def. Miller (11) |
| | J. Stewart Wheeler for Def. Miller (12) called in after the conf call |
| | Steve Lamb for Def. Morgan (13) no appearance |
| | John Caudill for Def. Perry (14) |
| | Def. Prentice (15) not before the Court |
| | Steven O. Thornton for Def. Price (16) |
| | Brian Butler for Def. Scott Rich (17) no appearance |
| | Scott Cox for Def. Troy Rich (18) |
| | Alan Simpson for Def. Michael Rich (19) Ralph Beck standing in for Alan Simpson |
| | Dennis Keith Wilcutt for Def. Watkins (20) |
| | Alex Dathorne for Def. Wilson (21) |

Terri Turner, Official Court Reporter, recorded the proceedings.

A **telephonic further proceedings** is set on **August 26, 2011 at 9:00 a.m. CDT**. with the undersigned.

**COUNSEL ARE INSTRUCTED TO CALL 1-866-203-2311 AND GIVE THE CONFERENCE ID # 81978336 TO JOIN THE CALL.**

The case has previously been declared complex. The parties agreed this time should be excluded from the Speedy Trial Act.

**IT IS ORDERED** that the time between July 5, 2011 and August 26, 2011, is excluded in computing the time pursuant to the Speedy Trial Act. The Court finds this will cause a delay in the trial of this case and that the ends of justice served by granting such motion for continuance outweigh the best interest of the public and defendant in a speedy trial, because failure to grant such a continuance would deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

cc: Counsel
    AUSA

B 15