UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA            PLAINTIFF

v.            CRIMINAL NO. 1:10CR-44-R

TIM MANNING            DEFENDANT

## RESPONSE TO MOTION FOR HEARING ON SEIZURE OF $50,000

Comes now the United States of America, by counsel, and responds to the defendant's motion for an evidentiary hearing on the seizure by the United States of the $50,000 cash bond posted by Carl Gene Jones Jr. in Warren Circuit Court, case number 10-F-00098, involving the same criminal acts as are set forth in the above numbered federal indictment.

The United States disputes the primary assertion of the motion, that being that the money in question belonged to Mr. Manning and was not the proceeds of drug transactions. An evidentiary hearing will be required to resolve the issue.

Wherefore, the United States requests that the matter be set for hearing.

           Respectfully submitted,

           DAVID J. HALE
           UNITED STATES ATTORNEY

           /s/ Larry Fentress
           Assistant United States Attorney
           510 West Broadway
           Louisville, Kentucky 40202
           (502) 582-6772

<u>CERTIFICATE OF SERVICE</u>

      I certify that the foregoing response was filed electronically on July 14, 2011, to be served

on **David F. Broderick,** counsel for Tim Manning.

                                      <u>/s/ Larry Fentress</u>
                                      Assistant United States Attorney
                                      Western District of Kentucky