UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                                                            PLAINTIFF

v.                                                                                      CRIMINAL NO. 1:10CR-44-R

TIM MANNING                                                                                        DEFENDANT

## ORDER

*(Filed Electronically)*

This matter is before the Court on motion by the defendant for a hearing on the seizure by the United States of $50,000 in bond money allegedly belonging to the defendant. Having considered the motion and the response by the United States, and being sufficiently advised,

IT IS HEREBY ORDERED that the motion is granted and the matter is set for an evidentiary hearing on _____.