**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**
**CIVIL ACTION NO. 1:010CR-44-TBR**

THE UNITED STATES OF AMERICA                                              PLAINTIFF

VS.

**DEFENDANT ROGER KOLLMAN'S**
**MOTION TO FOR LEAVE TO SEAL DISCOVERY MOTIONS**

ROGER KOLLMAN, et al                                                      DEFENDANTS

      Comes the Defendant, Roger Kollman, by and through counsel, and respectfully moves the Court for an Order sealing the attached discovery motions. Specifically those three motions request disclosure of Rule 16 material, <u>Brady</u> and <u>Giglio</u> material, and a witness list. In support of this motion, the Defendant states that the sensitive nature of the information included in those motions necessitates the sealing of those documents.

                         S/ <u>CHARLES A. WALKER</u>
                         Attorney for Defendant, Roger Kollman
                         MICHAEL K. BISHOP & ASSOCIATES, P.S.C.
                         948 Elm Street
                         P.O. Box 10088
                         Bowling Green, KY 42102-4888
                         Telephone:  (270) 783-8044
                         Telefax:    (270) 783-8049
                         E-Mail: cawalker.mkbpsc@ccol.net


                  <u>CERTIFICATE OF SERVICE</u>

      On October 14, 2011, I electronically filed this document through the ECF System, and they will send notice of electronic filing to Larry Fentress, Assistant United States Attorney's Office, and other counsel. Hard copies of this motion and attached discovery documents were mailed to Larry Fentess (U.S. Attorney's Office).

                    S/ <u>CHARLES A. WALKER</u>