**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**
**CIVIL ACTION NO. 1:010CR-44-TBR**

THE UNITED STATES OF AMERICA                                           PLAINTIFF

VS.

**ORDER SEALING DISCOVERY MOTIONS**
**OF DEFENDANT ROGER KOLLMAN**

ROGER KOLLMAN, et al                                                  DEFENDANTS

Upon the Defendant Roger Kollman's motion for leave to seal three discovery motions, the Court having reviewed the matter and being otherwise sufficiently advised, HEREBY ORDERS that the Defendant Roger Kollman's motions for discovery of Rule 16 material, <u>Brady</u> and <u>Giglio</u> material, and a witness list are all to be filed under seal.

_____
HONORABLE THOMAS B. RUSSELL,
CHIEF JUDGE U.S. DISTRICT COURT,
WESTERN DISTRICT OF KENTUCKY