UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CRIMINAL ACTION NO. 1:10CR-44-TBR-9

THE UNITED STATES OF AMERICA                 PLAINTIFF

VS. **ORDER GRANTING MOTION FOR DISCLOSURE OF RULE 16 MATERIALS**

ROGER KOLLMAN, et al                         DEFENDANTS

        On Defendant Roger M. Kollman's Motion for Disclosure of Rule 16 materials (DN 295), counsel having been heard, and the Court being otherwise sufficiently advised:

        IT IS HEREBY ORDERED that the United States shall provide all Rule 16 materials regarding Defendant Roger Kollman, to defense counsel within _____ days of the entry of this order.

        This the ____ day _____, 2011.

                                 _____
                                 THE HONORABLE THOMAS B. RUSSELL
                                 UNITED STATES DISTRICT JUDGE
                                 WESTERN DISTRICT OF KENTUCKY

Tendered by:
S/ CHARLES A. WALKER_____
Attorney for Defendant, Roger M. Kollman