**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**
**CRIMINAL ACTION NO. 1:10CR-44-TBR-9**

THE UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                    **ORDER GRANTING MOTION FOR DISCLOSURE**
                       **OF GOVERNMENT'S WITNESS LIST AND**
                       **LISTS OF CONFIDENTIAL INFORMANTS**

ROGER KOLLMAN, et al                                            DEFENDANTS

         On Defendant Roger M. Kollman's Motion for Disclosure

of a complete witness list and list of all confidential

informants (DN 296), counsel having been heard, and the Court

being otherwise sufficiently advised:

         IT IS HEREBY ORDERED that the United States shall

provide a complete witness list including a list of all

confidential informants, to defense counsel within _____ days of

the entry of this order.

         This the ____ day _____,2011.


                         _____
                         THE HONORABLE THOMAS B. RUSSELL
                         UNITED STATES DISTRICT JUDGE
                         WESTERN DISTRICT OF KENTUCKY


Tendered by:
S/ CHARLES A. WALKER_____
Attorney for Defendant, Roger M. Kollman