UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CRIMINAL ACTION NO. 1:10CR-44-TBR-9

THE UNITED STATES OF AMERICA                                    PLAINTIFF

VS.        **ORDER GRANTING MOTION FOR DISCLOSURE
           OF *BRADY* AND *GIGLIO* MATERIALS**

ROGER KOLLMAN, et al                                            DEFENDANTS

On Defendant Roger M. Kollman's Motion for Disclosure of *Brady* and *Giglio* materials (DN 297), counsel having been heard, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the United States shall provide all *Brady* and *Giglio* materials outlined in the defendant's motion, to defense counsel within _____ days of the entry of this order.

This the ____ day _____,2011.

_____
THE HONORABLE THOMAS B. RUSSELL
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF KENTUCKY

Tendered by:
S/ CHARLES A. WALKER
Attorney for Defendant, Roger M. Kollman