**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**
**CRIMINAL ACTION NO. 1:10CR-44-TBR-9**

THE UNITED STATES OF AMERICA                                      PLAINTIFF

VS.              **ORDER GRANTING MOTION FOR DISCLOSURE**
                 **OF *BRADY* AND *GIGLIO* MATERIALS**

ROGER KOLLMAN, et al                                          DEFENDANTS

        On Defendant Roger M. Kollman's Motion for Disclosure

of <u>Brady</u> and <u>Giglio</u> materials (DN 297), counsel having been

heard, and the Court being otherwise sufficiently advised:

        IT IS HEREBY ORDERED that the United States shall

provide all <u>Brady</u> and <u>Giglio</u> materials outlined in the

defendant's motion, to defense counsel within _____ days of the

entry of this order.

        This the ____ day _____,2011.


                          _____
                          THE HONORABLE THOMAS B. RUSSELL
                          UNITED STATES DISTRICT JUDGE
                          WESTERN DISTRICT OF KENTUCKY


Tendered by:
S/ <u>CHARLES A. WALKER</u>
Attorney for Defendant, Roger M. Kollman