UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                                                          CRIMINAL ACTION NO. 1:10CR-44-R

ROGER KOLLMAN                                                                                DEFENDANT

RESPONSE TO MOTION FOR TIMELY DISCLOSURE
OF BRADY AND GIGLIO MATERIAL
*(Filed Electronically)*

Comes now the United States of America, by counsel, and responds to the defendant's motion for timely disclosure of Brady and Giglio material, opposing same. The United States is aware of the obligation to disclose exculpatory or impeachment evidence in time for effective use at trial and will comply with that obligation, so the motion should be denied as moot.

Respectfully submitted,

DAVID J. HALE
United States Attorney

s/ Larry Fentress
Assistant U.S. Attorney
510 West Broadway, 10th Floor
Louisville, Kentucky  40202
(502) 582-6772

CERTIFICATE OF SERVICE

I certify that on October 17, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to **Charles Walker.**

/s/ Larry Fentress
Assistant United States Attorney
Western District of Kentucky