UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA            PLAINTIFF

v.            CRIMINAL NO. 1:10CR-44-R

ROGER KOLLMAN            DEFENDANT

## ORDER
*(Filed electronically)*

This matter is before the Court on motion by the defendant for timely disclosure of Brady and Giglio material. Having considered the motion and the response by the United States, and being sufficiently advised,

IT IS HEREBY ORDERED that the motion be denied.