UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                                    CRIMINAL ACTION NO. 1:10CR-44-R

ROGER KOLLMAN
                                                                                    DEFENDANT

RESPONSE TO MOTION TO COMPEL DISCOVERY OF
GOVERNMENT WITNESSES AND IDENTITIES OF
CONFIDENTIAL INFORMANTS
*(Filed Electronically)*

Comes now the United States of America, by counsel, and responds to the defendant's motion to compel discovery of government witnesses and identities of confidential informants, opposing same, for the following reasons.

Defendant relies on Roviaro v. United States, 353 U.S. 53 (1957), and several cases from the Sixth Circuit which hold that, while the government is not required to disclose the identity of a person who has provided information to law enforcement about criminal activity, the privilege is not absolute, and disclosure of the identity of an informant is usually required when the informant was an active participant in the crime charged.  But these cases all involve informants who do not testify at trial.  The instant case is distinguishable, because the United States intends to call all participant informants as witnesses at trial, so pretrial disclosure of their identities and statements is protected by the Jencks Act.  United States v. Presser, 844 F.2d 1275, 1283 (6th Cir. 1988).  Defense counsel is not entitled to know in advance of trial who will testify for the government.  United States v. McCullah, 745 F.2d 350, 353 (6th Cir. 1984).

1

Wherefore, the motion should be denied.

                Respectfully submitted,

                DAVID J. HALE
                United States Attorney

                s/Larry Fentress
                Assistant United States Attorney
                510 West Broadway, 10th Floor
                Louisville, Kentucky  40202
                (502) 582-6772

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2011, I electronically filed the foregoing response with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to **Charles Walker**, counsel for the defendant

                s/Larry Fentress
                Assistant United States Attorney
                Western District of Kentucky