UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                                          CRIMINAL NO. 1:10CR-44-R

ROGER KOLLMAN                                                               DEFENDANT

RESPONSE TO MOTION TO COMPEL DISCOVERY
*(Filed electronically)*

Comes now the United States of America, by counsel, and responds as follows to the defendant's motion to compel discovery.

1. In the response to the defendant's motion for a bill of particulars, the United States stated that the proof at trial would be that Kollman and others transported large quantities of marijuana from somewhere near Tucson, Arizona to Bowling Green, Kentucky, on or about January 30, 2009, and again on or about February 28, 2009, and on other occasions, the exact dates of which are not known, for the use and benefit of a drug trafficking organization led by Troy Rich and Carl Gene Jones Jr.. The United States further stated that unindicted coconspirators and cooperating defendants also would offer testimony against Kollman at trial. Now Kollman apparently seeks pretrial disclosure of their statements, but such statements need not be disclosed until the witness testifies at trial. 18 U.S.C. § 3500.

2. The United States has disclosed that documentary evidence against Kollman consists of Western Union wire transfers of money from Carl Gene Jones in Bowling Green to Kollman in Tucson, Arizona on January 30, 2009, and from Kollman in Bowling Green to co-defendant Francisco Parra in Rio Rico, Arizona on February 27 and 28, 2009. Copies of these documents

were provided to defendant on July 14, 2011. There are no other documents implicating Kollman in the possession of the United States, therefore there is no other documentary evidence to disclose in discovery.

Wherefore, as there is no undisclosed discovery to compel, the defendant's motion should be denied as moot.

        Respectfully submitted,

        DAVID J. HALE
        UNITED STATES ATTORNEY

        /s/ Larry Fentress
        Assistant United States Attorney
        510 West Broadway
        Louisville, Kentucky 40202
        (502) 582-6772

## CERTIFICATE OF SERVICE

I certify that the foregoing response to the motion to compel discovery was electronically filed on October 17, 2011, to be served on **Charles A. Walker,** counsel for defendant.

        /s/ Larry Fentress
        Assistant United States Attorney
        Western District of Kentucky