UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                                                              CRIMINAL NO. 1:10CR-44-R

ROGER KOLLMAN                                                                                    DEFENDANT

## ORDER
*(Filed electronically)*

This matter is before the Court on motion by the defendant to compel discovery. Having considered the motion and the response by the United States, and being sufficiently advised,

IT IS HEREBY ORDERED that the motion be denied.