UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                          CRIMINAL ACTION NO. 1:10CR-44-R

ROGER KOLLMAN                                               DEFENDANT

RESPONSE TO MOTION TO SEAL DISCOVERY MOTIONS
*(Filed Electronically)*

Comes now the United States of America, by counsel, and responds to the defendant's

motion to seal discovery motions by stating that there is no objection thereto.

Respectfully submitted,

DAVID J. HALE
United States Attorney

s/ Larry Fentress
Assistant U.S. Attorney
510 West Broadway, 10th Floor
Louisville, Kentucky 40202
(502) 582-6772

CERTIFICATE OF SERVICE

I certify that on October 17, 2011, I electronically filed the foregoing response with the
clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to
**Charles Walker.**

/s/ Larry Fentress
Assistant United States Attorney
Western District of Kentucky