**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**
**CIVIL ACTION NO. 1:010CR-44-TBR**

THE UNITED STATES OF AMERICA                                    PLAINTIFF

VS.

**ORDER SEALING DISCOVERY MOTIONS**
**OF DEFENDANT ROGER KOLLMAN**

ROGER KOLLMAN, et al                                           DEFENDANTS

Upon the Defendant Roger Kollman's motion for leave to seal three discovery motions, the Court having reviewed the matter and being otherwise sufficiently advised, HEREBY ORDERS that the Defendant Roger Kollman's motions for discovery of Rule 16 material, Brady and Giglio material, and a witness list are all to be filed under seal.

Oct 20, 2011

HONORABLE THOMAS B. RUSSELL,
CHIEF JUDGE U.S. DISTRICT COURT,
WESTERN DISTRICT OF KENTUCKY