**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**
**CIVIL ACTION NO. 1:010CR-44-TBR**

THE UNITED STATES OF AMERICA                                    PLAINTIFF

VS.

**DEFENDANT ROGER KOLLMAN'S REPLY**
**TO THE GOVERNMENT'S RESPONSE TO HIS MOTION**
**FOR EARLY DISCLOSURE OF BRADY AND GIGLIO MATERIAL**

ROGER KOLLMAN, et al                                            DEFENDANTS

Comes the Defendant, Roger Kollman, by and through counsel, and for his reply to the government's response to his motion for early disclosure of Brady and Giglio materials, states as follows.

The government has not cited any case law, nor has it provided any argument or justification, for why Brady and Giglio material should not be disclosed immediately.  Furthermore, the government made no attempt to claim that the materials requested in Defendant Kollman's motion would not be considered Brady or Giglio materials.

Currently, there are still 20 defendants scheduled for trial in February.  The only defendant to plead guilty is the central figure, Carl Jean Jones, Jr., who is likely to be the subject of a large Brady and Giglio disclosure in and of himself.  The government promises to provide Brady and Giglio material in time for effective use at trial, but the government is not the final arbiter of what is and is not enough time to make effective

use of those disclosures.

Clearly the better approach would be for the government to disclose the Brady and Giglio materials immediately. The government has not cited, nor can it cite, any logical reason for not providing the defense with that information now.

Therefore, the Defendant Roger Kollman respectfully requests that the Court sustain his motion and order the government to disclose all Brady and Giglio materials immediately. The Defendant further requests a hearing on this issue.

>S/ CHARLES A. WALKER
>Attorney for Defendant, Roger Kollman
>MICHAEL K. BISHOP & ASSOCIATES, P.S.C.
>948 Elm Street
>P.O. Box 10088
>Bowling Green, KY 42102-4888
>Telephone:  (270) 783-8044
>Telefax:   (270) 783-8049
>E-Mail: cawalker.mkbpsc@ccol.net

### CERTIFICATE OF SERVICE

On October 26, 2011, I electronically filed this document under seal through the ECF System, and they will send notice of electronic filing to Larry Fentress, Assistant United States Attorney's Office. Also, on the same date, an unsealed copy was placed in the United States Mail, First-Class address to Larry Fentress at 510 W. Broadway, 10th Floor, Louisville, KY 40202.

>S/ CHARLES A. WALKER