UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NO. 1:10CR-44-TBR** |
| **ROGER KOLLMAN** | **DEFENDANT** |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Larry E. Fentress, Assistant United States Attorney. The hearing was recorded by Alan Wernecke, Official Court Reporter. The defendant, Roger Kollman, by consent with Charles A. Walker, appointed counsel, appeared in open court on April 4, 2012, and entered a voluntary plea of guilty to a lesser included offense (conspiracy to distribute marijuana) of Count 1 of the Superseding Indictment pursuant to a Rule 11(c)(1)(B) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary as to a lesser included offense of Count 1 of the Superseding Indictment, and that the offense charged was supported by an independent basis in fact concerning each of the essential elements of such offense. Therefore, the undersigned recommends that the plea of guilty be accepted, and that the defendant be adjudged guilty to a lesser offense of Count 1 in the Superseding Indictment and have sentence imposed accordingly.

Sentencing will be set for **Tuesday, December 4, 2012 at 11:00 a.m.,** before the Honorable Thomas B. Russell, Senior United States District Court Judge.

The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant shall **remain** under the terms and conditions of his present bond pending further order of the Court.

Copies to:
United States Attorney
Counsel for Defendant
United States Probation

35